UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT STILLINGS,

    Petitioner,

v.        Case No. 2:12-CV-15639

SHIRLEE HARRY,

    Respondent,
                             /

## JUDGMENT

In accordance with the court's "Opinion and Order Summarily Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability," dated February 1, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Shirlee Harry and against Petitioner Robert Stillings. Dated at Detroit, Michigan, this 1st day of February 2013.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT


                                      S/Lisa Wagner
                                By: Lisa Wagner, Case Manager
                                   to Judge Robert H. Cleland